# Third District Court of Appeal
## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1275
Lower Tribunal No. 14-23221

————————

## Aurelio Alvarez,
Appellant,

vs.

## Bank of America, N.A.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

Jacobs Legal, PLLC, and Bruce Jacobs, for appellant.

Liebler Gonzalez & Portuondo, Dora F. Kaufman and Mary J. Walter, for appellee.

Before FERNANDEZ, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.